JULIA HARPMAN, Respondent, *v.* EIGHTH AVENUE RAIL-
ROAD COMPANY, Appellant.

*Negligence — railroads — taxicab struck from behind by street car -
action by taxicab passenger to recover for injuries.*

*Harpman* v. *Eighth Ave. R. R. Co.*, 202 App. Div. 797, affirmed.

(Argued January 18, 1923; decided February 2, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered July 5, 1922, modifying and affirming as modified
a judgment in favor of plaintiff entered upon a verdict
in an action to recover for personal injuries alleged to
have been sustained by plaintiff through the negligence
of defendant. A taxicab in which plaintiff was riding
down Eighth avenue in the city of New York was struck
from behind by one of defendant's cars causing the injuries
complained of.

*William J. Curtin* and *Michael Kirtland* for appellant.

*John W. Simpson, 2nd,* and *Thomas D. Thacher* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.

---

EMORY GIFFORD, as Executor of AUGUSTUS C. GIFFORD,
Deceased, Respondent, *v.* ADDIE McCULLOUGH,
Appellant.

EMORY GIFFORD, as Executor of AUGUSTUS C. GIFFORD,
Deceased, Respondent, *v.* EMMA PERKINS, Appellant.

*Decedent's estate — deposits in name of decedent and daughter — action
by executor to recover same.*

*Gifford* v. *McCullough*, 201 App. Div. 872, affirmed.

*Gifford* v. *Perkins*, 201 App. Div. 872, affirmed.

(Argued January 19, 1923; decided February 2, 1923.)

APPEAL, in each of the above-entitled actions, by
permission, from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered March 17, 1922, unanimously affirming a judg-
ment in favor of plaintiff entered upon a verdict directed

by the court.   The actions were instituted to recover for the alleged conversion of certain certificates of deposit of the State Bank of Sherman, claimed by the plaintiff to belong to the estate of Augustus C. Gifford, deceased. Four deposits were payable to " self or Addie McCullough " and four to " self or Emma Perkins." The defense of each defendant was that said certificates of deposit were owned by them and said decedent, Augustus C. Gifford, as joint tenants, and that upon his death the sole title thereto vested in them respectively.

*Arthur B. Ottaway* for appellant.
*Louis L. Thrasher* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND and ANDREWS, JJ. Dissenting: HOGAN, McLAUGHLIN and CRANE, JJ.

---

MARIE L. SHEA, as Administratrix of the Estate of CHRISTOPHER A. SHEA, Deceased, Respondent, *v.* UNITED STATES TRUCKING CORPORATION, Defendant, and JAMES REARDON, Appellant.

*Negligence — motor vehicles — trial — death from being struck by automobile — credibility of witnesses and weight of testimony question for jury.*

*Shea* v. *U. S. Trucking Corp.*, 200 App. Div. 821, affirmed.

(Argued January 19, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered April 26, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directed reinstatement of said verdict and the entry of judgment thereon.   The action was to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, appellant, by whose automobile said intestate was struck while he was on Broadway near Wall street in the city of New York.   The trial court set aside the verdict for the plaintiff on the ground that he believed